# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2155
_____

JULIAN ZAYAS RUIZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Bay County.
Shane R. Vann, Judge.

February 23, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.